97 A.3d 732

**Leonard REEL, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA, Respondent.**

**No. 71 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 7, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of August, 2014, the Application for Leave to File Original Process is **GRANTED.** To the

extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to adjudicate Petitioner's petition for writ of *habeas corpus* within 90 days of this order.